UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------x
: 
UNITED STATES OF AMERICA            :   Crim. No. 3:25CR148(VDO)
:
v.                                  :
:
EZEKIEL BAILEY                      :   September 15, 2025
:
-------------------------------------------------------x

### FINDINGS AND RECOMMENDATION ON A PLEA OF GUILTY

The captioned matter was referred to the undersigned by United States District Judge Vernon D. Oliver, and a hearing was conducted on September 15, 2025, in open court, and on the record, with the written consent of the defendant, counsel for the defendant and counsel for the United States, regarding the defendant's request to waive his right to indictment and plead "Guilty" to Count One of the Information, charging him with aggravated identity theft, in violation of 18 U.S.C. §§ 1028A(a)(1) and (c). Based on the answers given by the defendant under oath and in the presence of counsel; the remarks of defense counsel and counsel for the government; and the written plea agreement and stipulation of offense conduct attached to that agreement, I find the following:

- that the defendant is competent to plead;

- that he understands the charge against him in the Information, and his right to be indicted and have the government present its case to the grand jury;

- that he knows he has the right to be represented by counsel at trial and at every other stage of the proceeding, and is satisfied with his current counsel;

- that he understands his right to plead not guilty and to persist in that not-

1

**guilty plea;**

- **that he understands his right to a jury trial, including the right to confront and cross-examine adverse witnesses, to be protected from compelled self-incrimination, to testify and present evidence, and to compel the attendance of witnesses, and that he understands he would be giving up these trial rights if he pleaded guilty and the Court accepts that plea;**

- **that he knows the maximum possible sentence including the maximum possible terms of imprisonment and supervised release, the mandatory two-year term of incarceration that applies to this particular offense, the maximum potential fine that could be imposed, the mandatory special assessment of $100.00; and the resulting forfeiture set forth in the plea agreement;**

- **that he understands that restitution is mandatory in this case, and that the Court will calculate restitution at or near the time of sentencing;**

- **that he knows that the Court is obligated to consider the advisory sentencing guidelines range, possible departures under the sentencing guidelines, and other sentencing factors under applicable sentencing law, and that any factual disputes at sentencing will be resolved by the Court by a preponderance of the evidence;**

- **that he understands the immigration consequences and the other collateral consequences of a felony conviction;**

- **that he knows he will not be permitted to withdraw his plea of guilty if the calculation of the sentencing guidelines or the sentence ultimately imposed is other than he anticipates;**

- that he understands his right to appeal, including limitations placed on that right by the terms of a waiver in his plea agreement and that such waiver was knowingly and voluntary;

- that he understands the elements of the offense to which he pleaded guilty and that there is a factual basis for the defendant's plea (including the information set forth in the stipulation of offense conduct); and

- that the defendant's waiver of rights and plea of guilty have been knowingly and voluntarily made, are of his own free will, were not coerced, and were not the product of any promises.

The Court also finds that, based on the representations of government counsel, the requirements of 18 U.S.C. § 3771 did apply in this matter and that the government notified the victims in this case regarding today's proceedings.

Accordingly, I hereby RECOMMEND that the defendant's plea of guilty be accepted.

Dated this 15th day of September, 2025, at New Haven, Connecticut.

/s/ *Robert M. Spector*

ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE